UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES P. RYAN, <br><br> Plaintiff, <br><br> v. <br><br> CARLO DEMARIA, JR., et al., <br><br> Defendants. | Civil Action No. 21-11158-NMG |

REPORT AND RECOMMENDATION ON DEFENDANTS' MOTIONS TO DISMISS
[Docket Nos. 8, 16, 22, 80, 82, 86, 90, 91, 100, 104, 110]

January 25, 2022

Boal, M.J.

This action arises from pro se plaintiff James Ryan's grievances regarding rental property that he used to own in Everett, Massachusetts. He appears to be challenging the evacuation of the property in 2009 due to alleged building code violations, the foreclosure of the property in 2010, and the alleged failure of various individuals over the years to resolve his grievances regarding these events. He has sued more than fifty individuals in the public and private sectors, including the Mayor of Everett and his counsel, former lawyers, current and former state prosecutors, a state judge, and state trial court personnel. Defendants have moved to dismiss all claims against them. Docket Nos. 8, 16, 22, 80, 82, 86, 90, 91, 100, 104, 110.[1] For the following reasons, this Court recommends that Judge Gorton grant the motions.

---

[1] On July 26, 2021, Judge Gorton referred the case to the undersigned for full pretrial proceedings, including report and recommendation on dispositive motions. Docket No. 5.

*After consideration of plaintiff's "comprehensive response..." (Docket No. 130) which is treated as objections thereto, Report and Recommendation is accepted and adopted.*
  — NMGorton, USDJ 03/03/2022