UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No:21-11158-NMG

James P. Ryan
Petitioner

v.

Carlo DeMaria, et al.
Respondent

ORDER OF DISMISSAL

GORTON, D.J.

In accordance with this Court's adoption on 3/3/2022, of the Magistrates Judge's Report and Recommendation of dismissal, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/Douglas Warnock
Deputy Clerk

March 4, 2022

To: All Counsel