```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| JAMES P. RYAN, ) |  |
| Plaintiff, ) |  |
| ) |  |
| v. ) | Civil Action No. |
| ) | 21-11158-NMG |
| CARLO DEMARIA, JR., et al., ) |  |
| Defendants. ) |  |

**ORDER**

**GORTON, J.**

Although the case is closed, on April 14, 2022, James P. Ryan filed the instant pro se Motion to Remove Butters Brazilian LLP and Attorney Patrick Hanley from Case. See Docket No. 137. With the motion, Ryan attaches copies of an email dated April 4, 2022, as well as a notice of hearing scheduled for April 12, 2022 in the Lynn District Court. See Docket No. 137-1.

Ryan's motion consists primarily of a recounting of events surrounding a November 18, 2021 criminal proceeding before the Lynn District Court as well as the subsequent denial of Ryan's 2022 application for issuance of a criminal complaint against Patrick Hanley, counsel for John Verner, a defendant in this closed action.

As an initial matter, Ryan's motion gives the Court no jurisdictional basis for reopening. To the extent Ryan seeks to have this federal court remove defendant Verner's counsel from

the state court proceedings, this Court is without jurisdiction to do so.

Accordingly, the Motion (Docket No. 137) to Remove Butters Brazilian LLP and Attorney Patrick Hanley from Case is DENIED and this case remains closed.

**So ordered.**

Nathaniel M. Gorton
United States District Judge

Dated: May 31, 2022