# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Ryan v. DeMaria et al

District Court Number: 21cv11158-NMG

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes ____ No _X_
If yes, document # _____

Sealed documents   Yes ____ No _X_
If yes, document # _____

*Ex parte* documents   Yes ____ No _X_
If yes, document # _____

Transcripts   Yes ____ No _X_
If yes, document # _____

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#128 Report and Recommendations, #133 Order on Report and Recommendations, #134 Order of Dismissal, #138 Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#128, #133, #134, #138, and #139

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __139__ filed on __June 29, 2022__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __June 29, 2022__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**