UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES P. RYAN  CASE NO. 21-CV-11158-NMG

    Plaintiff,

v.

CARLO DEMARIA JR., ET AL

    Defendants                /

## WITHDRAWAL OF APPEARANCE

    Christopher J. Yagoobian hereby withdraws his appearance on behalf of Defendant, Debra J. Breton, Esq. in the above-entitled matter.

    Respectfully submitted,

*/s/ Christopher J. Yagoobian*
Christopher J. Yagoobian, BBO#697413
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI  02903-1345
Tel:  401-274-7200
Fax:  401-751-0604
cyagoobian@apslaw.com

Dated:  July 1, 2022

2

**<u>CERTIFICATE OF SERVICE</u>**

I, Christopher J. Yagoobian hereby certify that on July 1, 2022, I e-filed and served this document using the CM/ECF system, and that copies of this document will be sent to any non-CM/ECF participants.

<u>/s/ Christopher J. Yagoobian</u>
Christopher J. Yagoobian

1124634.v1