**From:** grouptixne@aol.com,
**To:** douglas_warnock@mad.uscourts.gov,
**Subject:** Fw: 1:21-CV-11158 Appeal
**Date:** Sun, Apr 24, 2022 3:57 pm

Greetings, Hope you are well.
I dropped those Documents off at Atty Mallard's Office on the 9th floor as you suggested.

Of course, I'll be appealing if I won't be getting a response from the Court. As you may know, I've been led to believe there was an Investigation being done by U.S. Attorney Kunal Pasricha who called me a few years ago about the phone call from Gennaro Angiulo's Office to me during the Deposition to keep me out of Court.

Best, James P Ryan, Pro Se
781-520-0612

Sent from the all new AOL app for Android

> ----- Forwarded Message -----
> **From:** "P R" <grouptixne@aol.com>
> **To:** "Douglas Warnock" <douglas_warnock@mad.uscourts.gov>
> **Sent:** Fri, Apr 22, 2022 at 1:33 PM
> **Subject:** Will there be a response?
> Greetings, Hope you are well. Will I be receiving a response from my last two Filings?
>
> Best, James P Ryan, 781-520-0612
>
> Sent from the all new AOL app for Android

From: grouptixne@aol.com,
To: douglas_warnock@mad.uscourts.gov,
Subject: 'Highly unusual': Courts investigate Encore casino license to Wynn Resorts in attempt to avoid ties to organized crime - masslive.com
Date: Tue, May 24, 2022 10:07 am

https://www.masslive.com/news/2022/05/highly-unusual-courts-investigate-encore-casino-license-to-wynn-resorts-in-attempt-to-avoid-ties-to-organized-crime.html

Sent from the all new AOL app for Android

Greetings Douglas, Hope you are well. I'm attaching this newspaper article regarding the City of Everett and Organized Crime influence as I stated in my last response to Judge Gorton. Do you have any idea when I will be hearing from your Court?

Best, James P Ryan, 781-520-0612



**From:** grouptixne@aol.com,
**To:** douglas_warnock@mad.uscourts.gov,
**Subject:** VM with Steve York
**Date:** Mon, Jun 6, 2022 6:41 pm

Greetings, Hope you are well.
I've also left a couple of voicemails with Mr York. Can someone please respond?

Best, James P Ryan, 781-520-0612

Case 1:21-cv-11158

Sent from the all new AOL app for Android

7/22/22, 2:26 PM
Case 1:21-cv-11158-NMG Document 144-1 Filed 07/26/22 Page 4 of 4
Will there be a response?

**From:** grouptixne@aol.com,
**To:** douglas_warnock@mad.uscourts.gov,
**Subject:** Will there be a response?
**Date:** Fri, Apr 22, 2022 1:33 pm

Ⓑ

Greetings, Hope you are well. Will I be receiving a response from my last two Filings?

Best, James P Ryan, 781-520-0612

Sent from the all new AOL app for Android