IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS   2022 JUL 26 PM 1: 53

| | |
|---|---|
| James P. Ryan, pro se | ) |
| Plaintiff/Appellant | ) |
| vs. | )   Originating Case USDC   1:21-cv-11158-NMG |
| Carlo DeMaria, Jr. et. Al | ) |
| Defendants/Appellees | ) |

### AFFIDAVIT

I, James P. Ryan complied on March 11th, 2022 with an Opposition to the Court's Determination of March 4th, 2022 by Judge Boal and Judge Gorton granting (Page 26) any Party a 14 Day Opportunity to Oppose.

I did not receive any notification by Mail as I was told I would when I hand-delivered the Opposition Documents on March 11th 2022. I will gladly take a Polygraph.

I was told by a Clerk's Office Staff Member that a Response would be mailed.

I called the Clerk's Office multiple times to ask when the Mail would be sent. I was told they had no idea.

I left Voicemail Messages and didn't get a response.

I left Voicemail Messages with Steve York and didn't get a response.

I sent emails to Douglas Warnock and didn't get a response. (Attachment)

I normally receive Notifications and Correspondence from the USDC by Mail since July 2021.

Lastly, I attest that all Documents and Copies presented are true and exact copies.

_____  July 26th, 2022

James P. Ryan, Pro Se, 1268 Broadway, Unit C, #247, Saugus, MA. 01906   Tel: 781-520-0612

Certificate of Service
I, James P. Ryan Solemnly Swear I Have mailed True + exact copies to Atty michael Rossi, Conn Kavanaugh on behalf of other Defense Attorneys 7/20/2022