# United States Court of Appeals
## For the First Circuit

No. 22-1513

JAMES P. RYAN,

Plaintiff - Appellant,

v.

CARLO DEMARIA, JR., Mayor, City of Everett; JAMIE RUSSO, then-Director of Constituent Services; DEBRA J. BRETON, Past Attorney/Mortgage Broker; MICHAEL DESMOND, Building Inspector, City of Everett; JAMES SHEEHAN, Building Inspector (and Licensed Massachusetts Real Estate Salesperson in 2009 with MLS Inquiries), City of Everett; STEVEN FINOCCHIO, Building Inspector, City of Everett; JOHN FIELD, then-Building Inspector, City of Everett; ED SOBOLOWSKI, Building Inspector, City of Everett; PAUL CALDERWOOD, then-Deputy Fire Chief and Lt., City of Everett; MELISSA MURPHY, then-Assistant City Solicitor, City of Everett; MATTHEW BERGE, Commonwealth of Massachusetts Attorney General's Abandoned Property Division; KRIKOR DEKERMENJIAN, then-Director of the Commonwealth of Massachusetts Attorney General's Abandoned Property Division; JILL BARRINGER, then-Assistant City Solicitor, City of Everett; COLLEEN MEJIA, City Solicitor, City of Everett; SHIVA KARIMI; JOHN VERNER, then-Middlesex County Assistant District Attorney; CASEY SILVIA, Middlesex Assistant District Attorney; WARREN LEE; GERALD LEONE, Former Middlesex County District Attorney; JONATHAN MARK SILVERSTEIN, KP Law (formerly Kopelman & Paige); JANELLE M. AUSTIN, KP Law (formerly Kopelman & Paige); LEONARD KOPELMAN, KP Law (formerly Lead Partner of the former Kopelman & Paige); LINDA MONDANO, Deposition Stenographer for KP Law; SAMUEL MILLER, Middlesex Assistant District Attorney; WILLIAM FREEMAN, then-Middlesex County District Attorney Office Special Investigator; ANNE FOLEY, Middlesex County District Attorney Office Victim Advocate; JACK MYERS, Commonwealth of Massachusetts Inspector General Investigator; WILLIAM DURETTE, then-Suffolk County District Attorney Office Investigator; VINCENT DEMORE, then-Assistant Suffolk County District Attorney; DANIEL CONLEY, Former Suffolk County District Attorney; MICHAEL P. UTKE, Former Counsel for Plaintiff (2016 - 2017); RONALD COGLIANO, Deputy Commissioner, Commonwealth of Massachusetts of Professional Licensure; MAURA LOONEY, Assistant Clerk of the Massachusetts Supreme Judicial Court; JOSEPH M. MCGONAGLE, JR., State Representative; NICHOLAS HEGERTY, Middlesex Superior Court Clerk's Office; MATTHEW DAY, Middlesex Superior Court Clerk's Office; MICHAEL SULLIVAN, Middlesex Superior Court Clerk; RUTH BOURQUIN, then-American Civil Liberties Union Executive Director; MARIAN RYAN, Middlesex District Attorney; MARY O'NEIL, Middlesex District Attorney Investigator; RACHAEL ROLLINS, Suffolk County District Attorney; MICHELE GRANDA, Suffolk County Investigator; DENNIS O'CONNOR, Suffolk County District Attorney Office Investigator; ROBERT RIDGE, Boston Police Detective; GREG ST. LOUIS, Public Works Director, City of Everett; PAUL LANDRY, Police Captain, City of Everett; ERIN DEVENEY, Mayor's Office, Chief of Staff, City of Everett; ELI REUSCH, Commonwealth of

Massachusetts Attorney General's Office, Abandoned Property Division; ALEXANDER PHILIPSON, Commonwealth of Massachusetts Trial Court Attorney; CHIEF JUDGE JUDITH FABRICANT, Commonwealth of Massachusetts Trial Court; LUZ A. CARRION, Massachusetts Board of Bar Overseers; SAMANTHA MCLARNEY, Intake Representative, Insurance Fraud Bureau of Massachusetts; MARILYN BARRETT, Intake Supervisor, Insurance Fraud Bureau of Massachusetts; STEPHEN M. ADAMS, Deputy General Counsel, Insurance Fraud Bureau of Massachusetts; BERNARD GREENE, Suffolk County Assistant District Attorney,

Defendants - Appellees,

ROBERT GREENE, Suffolk County Assistant District Attorney,

Defendant.

## MANDATE

Entered: August 17, 2023

In accordance with the judgment of May 10, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hugh C.M. Brady
Joseph James Brodigan Jr.
Andrea J. Campbell
John Joseph Davis Jr.
Katherine B. Dirks
Deborah I. Ecker
Lewis C. Eisenberg
Meredith Gill Fierro
Justin David Heller
Ralph F. Holmes
Katherine Land Kenney
Gary M. Ronan
Michael J Rossi
James P. Ryan
Graham W. Steadman
Christopher J. Yagoobian